**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jesus Ramon Fimbres-Barron,<br>Defendant. | No. CR 26-183-TUC-CKJ<br><br>**ORDER** |

On September 2, 2026, this Court granted an unopposed Motion to Continue trial Sept. 2, 2026, Order(Doc. 34). The Court found excludable delay under 18 U.S.C. §3161(h)(7) commenced on September 30, 2026, and ended on December 1, 2026, with such time to be in addition to other excludable time under the Speedy Trial Act. Additionally, the Court confirmed the change of plea deadline set for September 11, 2026, and scheduled deadlines to file briefs and notices..

Defendant has filed an unopppposed "Motion to Extend the Plea Deadline Discovery & Notice/Request" (Doc. 35).[1] The Court finds good cause has been shown and will grant the motion.

. . . . .

---

[1]Although the title of the motion includes "Discovery & Notice/Request," the body of the motion does not seek extension of discovery or notice deadlines. The Court accepts the motion as solely seeking an extension of the change of plea deadline.

Accordingly, IT IS ORDERED

1. The unopppposed Motion to Extend the Plea Deadline (Doc. 35) is GRANTED.

2. The date by which the referred magistrate judge hears the change of plea must be no later than 3:00 p.m., on Friday, September 25, 2026.

3. To the extent the Motion states excludable delay will occur as a result of the Motion, the Court confirms the excludable delay, as found in the Court's September 2, 2026, Order, commenced on September 30, 2026, and ends on December 1, 2026.

4. All other terms of the Court September 2, 2026, Order remain in full force and effect.

DATED this 14th day of September, 2026.

Cindy K. Jorgenson
United States District Judge